UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FILE COPY**

**07 CIV 8528**

| | |
|---|---|
| BOLLE LA, INC., | No. |
| Plaintiff, | |
| v. | **Rule 7.1 Statement** |
| GLOBAL PURCHASING COMPANIES, INC., | |
| Defendant. | |

OCT 0 2 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Bolle LA, Inc., states that it has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
     Ocotber 2, 2007

Thomas A. Canova
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 (phone)
(212) 589-4201 (fax)

*Attorneys for Plaintiff, Bolle LA, Inc.*