UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bolle LA, Inc.,                                          No.   07 CIV 8528 (JFK)

       Plaintiff,                                    Complaint

v.

Global Purchasing Companies, Inc.,                       Answer to Complaint

       Defendant                                     Jury Trial Demanded


The defendant Mercedes Gonzalez (Global Purchasing Companies, inc.,) is answering the complaint brought forth by the Plaintiff Bolle LA, Inc and their attorneys, Baker & Hostetler LLP, Pro Se. I (Mercedes Gonzalez of Global Purchasing Companies, inc.,) would like to deny the following allegations as follows:

### Nature of Case

This complaint for trade name infringement, federal unfair competition, false advertising, false designations of origins and false representations under section 43(a) of the U.S. Trademark act of 1946, as amended (15 U.S.C. $ 1125 (a)); and for related claims of unfair competition, trade name and service mark infringement, injury to business reputation, deceptive trade practices, false advertising and conversion under New York State law. Is without merit and I (Mercedes Gonzalez of Global Purchasing Companies, inc.,) deny all of the following counts and to the best of our knowledge has not nor have not participated knowingly in any of the complaints.

### Parties

1. I am not aware of the Plaintiff formal corporate status or form. I trust the information listed under Parties on the complaint.
2. The Defendant Global Purchasing Companies inc., is a corporation organized and existing in New York State Doing Business As *Dig In* which is reg. in the State of New York.

### Jurisdiction

3. We (Mercedes Gonzalez Global Purchasing Companies inc., deny all of the claims related to this complaint.

### Venue

4. We agree that the district for the venue should be the Southern District of New York.

<u>Bolle's Business, Trade Name and Service mark</u>

5. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement.
6. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement.
7. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement and we would like to see a count of Web "hits".
8. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement.
9. We deny this claim.
10. We deny this claim.
11. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement.
12. We deny this outrageous claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement.
13. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement.
14. We deny this claim and are not aware of this as being fact.
15. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
16. We deny this claim.
17. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
18. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
19. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
20. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
21. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement

<u>Count I</u>
Federal unfair competition, trade name infringement, false and misleading advertising, false representations, and false designations of origin
<u>Under section 43(a) of the US trademark act.</u>

22. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
23. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
24. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
25. We have no reference to this point.

Count II
Common Law unfair competition and trade name and service mark infringement

26. We deny all claims listed and as noted on the preceding paragraphs.
27. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
28. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
29. We have no reference to this point.

Count III
Injury to Business reputation under New York G.B.L. 368-d

30. We deny all claims listed and as noted on the preceding paragraphs.
31. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
32. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
33. We have no reference to this point.

Count IV
Deceptive trade practices under New York G.B.L. 349

34. We deny all claims listed and as noted on the preceding paragraphs.
35. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
36. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
37. We have no reference to this point

Count V
False Advertising Under New York G.B.L. 350

38. We deny all claims listed and as noted on the preceding paragraphs.
39. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
40. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
41. We have no reference to this point

Count VI
Common Law Conversion

42. We deny all claims listed and as noted on the preceding paragraphs.
43. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
44. We deny this claim and are not aware of this as being fact. We would like the Plaintiff to provide documentation on said statement
45. We have no reference to this point

Prayer for Relief

Wherefore, plaintiff Bolle prays for judgment.
  (1) That defendant's aforesaid activities constitute
     We feel that the plaintiff is not initial to any judgments.
        (a) We deny this claim.
        (b) We deny this claim
        (c) We deny this claim
        (d) We deny this claim
        (e) We deny this claim
        (f) We deny this claim

  (2) We deny this claim.
        (a) No comment at this time
        (b) No comment at this time
        (c) No comment at this time

  (3) No comment at this time
  (4) No comment at this time
  (5) No comment at this time
  (6) No comment at this time
  (7) No comment at this time
  (8) No comment at this time
  (9) No comment at this time
  (10) No comment at this time

Demand for jury trail

Global Purchasing Companies feels that this is a frivolous complaint and does not wish to waste the courts time and resources on such. The Defendant is ready and willing to go to Trial with Jury if need be.

Dated October 17, 2007

                                            Mercedes R. Gonzalez
                                            Global Purchasing Companies
                                            1133 Broadway Suite 908
                                            New York, NY 10010
                                            212-414-4001
                                            Pro Se

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bolle LA, Inc.,
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 8528 (__)(__)

- against -

Global Purchasing Companies, Inc.

**AFFIRMATION OF SERVICE**

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Mercedes Gonzalez, **declare under penalty of perjury** that I have
    *(name)*

served a copy of the attached  Answer to Complaint
                                *(document you are serving)*

upon  Thomas A. Canova    whose address is
     *(name of person served)*

45 Rockefeller Plz fl 11 NYC, NY 10111
        *(where you served document)*

by  FED/Ex  Tracking Number 799736163193.
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  New York, NY
        *(town/city)* *(state)*

  10    31, 20 07
*(month)* *(day)* *(year)*

Signature: Mercedes Gonzalez

Address: 1133 Broadway Suite 908

City, State: NYC, NY 10010

Zip Code: 10010

Telephone Number: 212-414-4001

*Rev. 05/2007*





October 22, 2007

Dear Customer:

Per your request, proof of delivery letters are being provided for the following shipments:

792582713529
798289303418
799736163193

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx. We look forward to working with you in the future.
FedEx
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799736163193**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | NEW YORK, NY |
| **Signed for by:** | A.HOLGUIN | **Delivery date:** | Oct 19, 2007 09:45 |
| **Service type:** | Standard Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 799736163193 | **Ship date:** | Oct 18, 2007 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
NEW YORK, NY US

**Shipper:**
New York, NY US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798289303418**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | SAUGERTIES, NY |
| Signed for by: | D.BOLLE | Delivery date: | Oct 19, 2007 12:29 |
| Service type: | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 798289303418 | Ship date: | Oct 18, 2007 |
| | | Weight: | 0.5 lbs. |

**Recipient:**
SAUGERTIES, NY US

**Shipper:**
New York, NY US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339