UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
BOLLE LA INC.,                    :
                  Plaintiff,      :    07 Civ. 8528 (JFK)
                                  :         ORDER
          - against -             :
                                  :
GLOBAL PURCHASING COMPANIES, INC. :
                                  :
                  Defendant.      :
----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

Plaintiff Bolle LA, Inc. ("Bolle") commenced this action on October 2, 2007 with the filing of a summons and complaint. Service on Defendant Global Purchasing Companies, Inc. ("Global") was effected on October 4, 2007. On November 5, 2007, Global answered the complaint, proceeding pro se through its apparent principal, Mercedes Gonzalez. A corporation may not appear in this Court without counsel. See Jacobs v. Patent Enforcement Fund, Inc., 230 F.3d 565, 568-69 (2d Cir. 2000). Accordingly, the Court will not accept Global's Answer. The defendant is ordered to retain counsel for this litigation in advance of the scheduled initial status conference on December 20, 2007. Failure to retain counsel will likely result in the issuance of a default judgment in favor of Bolle against Global.

Dated:   New York, New York
         November 14, 2007

                                      /s/ John F. Keenan
                                      _____
                                           JOHN F. KEENAN
                                      United States District Judge