UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Bolle Sa, Inc.
:
V
:
Global Purchasing Co.,    :    07 Civ. 8528 (JFK)
Inc.                      :    ORDER
:
-----------------------------------X

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by **February 15, 2008**

Any amendment of the pleadings by **February 29, 2008**

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by **June 27, 2008**.

Next conference will be held on **July 8, 2008  10 am**

Discovery supervision will be referred to Magistrate Judge **Francis**.

SO ORDERED.

Dated:  New York, New York
        12/20/07

                                    /s/ John F. Keenan
                                    JOHN F. KEENAN
                                    United States District Judge